FILED
2018 Jan-18 PM 02:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

JERRY LEE DANSBY, )
AIS # 168953 )
)
Plaintiff, )
)
v. ) Case No. 7:17-cv-00890-VEH-TMP
)
CAPT. WHITE, )
)
Defendant. )

**ORDER**

The magistrate judge filed a report on December 20, 2017, recommending the defendant's motion for summary judgment be denied. (Doc. 21). Although the parties were advised of their respective right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge' report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the defendant's motion for summary judgment is **DENIED.** This matter is **REFERRED** to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this the 18th day of January, 2018.

**VIRGINIA EMERSON HOPKINS**
United States District Judge